NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPYRUS TECHNOLOGY CORP.,**
*Plaintiff-Appellant,*

v.

**NEW YORK STOCK EXCHANGE, LLC,**
*Defendant-Appellee.*

---

2010-1166

---

Appeal from the United States District Court for the Southern District of New York in case no. 04-CV-0625, Judge Judith M. Barzilay, sitting by designation.

---

**JUDGMENT**

---

STEVEN M. AMUNDSON, Frommer Lawrence & Haug LLP, of New York, New York, argued for plaintiff-appellant.  With him on the brief were EDGAR H. HAUG, STEPHEN J. LIEB and VICKI M. FRANKS.

MICHAEL M. MURRAY, Milbank, Tweed, Hadley & McCloy LLP, of New York, New York, argued for defendant-appellee.   With him on the brief were CHRISTOPHER J. GASPAR, JEFFREY LESOVITZ and BLAKE E. REESE.  Of counsel on the brief were JAMES H. SHALEK, NOLAN M. GOLDBERG and ALAN FEDERBUSH, Proskauer Rose LLP, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


October 7, 2010          /s/ Jan Horbaly
Date                          Jan Horbaly
                                Clerk